UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-60589-CIV-DIMITROULEAS

MARVIN CARDENAS,

    Plaintiff

    vs.

BUCHANAN SERVICES, INC.
a Florida Corporation, and
FRANCIS S. BUCHANAN,
jointly and severally,
    Defendants.
_____/

**FINAL ORDER OF DISMISSAL WITH PREJUDICE**

THIS CAUSE is before the Court upon the parties' Responses to this Court's Order to Show Cause [DE-29; DE-31][1] and the attached Settlement Agreement [DE-30]. The Court has carefully considered the Responses (construes them as a Joint Stipulation for Dismissal with Prejudice), reviewed the Settlement Agreement, and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1.     The Joint Stipulation for Dismissal With Prejudice [DE-29; DE-31] is hereby **GRANTED**.

2.     The Settlement Agreement is hereby **APPROVED**. The Court holds that the

---

[1] Defendants' filed an Unopposed Motion to Vacate Default Final Judgment, on April 14, 2008. [DE-27] Defendants indicated that the parties reached an amicable settlement following the entry of default judgment. The Court had issued an Order to Show Cause on April 16, 2008 [DE-28], requiring the parties to indicate why the default judgment should be set aside. In their responses, both Plaintiff [DE-29] and Defendants [DE-31] indicated that a settlement agreement had been reached and that Plaintiff did not object to setting aside the default judgment. The Plaintiff further filed a copy of the Settlement Agreement. In an Order issued this same day, the Court has granted the Motion and vacated the Default Judgment.

      proposed settlement submitted by the parties is a fair and reasonable settlement of a bona fide dispute over the provisions of the Fair Labor Standards Act.

3. The above-styled action is hereby **DISMISSED WITH PREJUDICE**.

4. The Clerk shall deny any pending motions as moot.

5. The Clerk shall close this case.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 2nd day of May, 2008.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Orlando Antelo, Jr., Esq.

Eric T. Salpeter, Esq.